UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL BELTRAN,<br><br>    Plaintiff,<br><br>vs.<br><br>DR. J. NEUBARTH, et al.,<br><br>    Defendants.<br>_____/ | 1:03-cv-06463-OWW-LJO-P<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** (Doc. 36)<br><br>**ORDER GRANTING UNENUMERATED RULE 12(b) MOTION TO DISMISS** (Doc. 18)<br><br>**ORDER DISMISSING ACTION** |

    Plaintiff, Samuel Beltran ("plaintiff"), a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On January 25, 2005, the Magistrate Judge filed a Report and Recommendation herein which were served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty (30) days. On February 23, 2005, plaintiff filed a motion to extend time. On February 25, 2005, the court granted plaintiff an additional thirty (30) days within which to respond. To date, plaintiff has not filed objections to the Magistrate Judge's Report and Recommendation.

1

1  In accordance with the provisions of 28 U.S.C.
2  § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
3  de novo review of this case.  Having carefully reviewed the
4  entire file, the Court finds the Report and Recommendation to be
5  supported by the record and by proper analysis.
6  　　　Accordingly, IT IS HEREBY ORDERED that:
7  　　　1.   The Report and Recommendation, filed January 25, 2005,
8  is ADOPTED IN FULL;
9  　　　2.   Defendants' unenumerated Rule 12(b) motion to dismiss,
10 filed August 16, 2004, is GRANTED; and,
11 　　　3.   This action is DISMISSED.

13 IT IS SO ORDERED.

14 **Dated:   April 15, 2005**　　　　　　　　　　**/s/ Oliver W. Wanger**
   emm0d6　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE